UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS THOMAS PRUSINOWSKI,<br><br>Defendant. | Case No. 24-171 MLP<br><br>DETENTION ORDER |

Defendant Nicholas Thomas Prusinowski is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846. The Court held a detention hearing on March 21, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Prusinowski is charged with an offense with a maximum term of ten years or more under the CSA.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of

DETENTION ORDER - 1

the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Prusinowski as required and the safety of the community. Mr. Prusinowski has almost no criminal history and some of the information he provided to pretrial services was corroborated by Mr. Prusinowski's contacts.

4. Mr. Prusinowski poses a risk of nonappearance due to the lack of a clear release plan, lack of ties to the district, and unverifiable employment. Mr. Prusinowski originally stated that he did not have housing, then through counsel, stated that he had housing but was not able to return to it because he had "borrowed" a car from the owner that has not been returned, and now states that he has housing with his girlfriend's aunt. Given these inconsistencies, the Court has concerns regarding Mr. Prusinowski residence.

5. Mr. Prusinowski poses a risk of danger due to the nature of the instant offense.

6. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Mr. Prusinowski's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Prusinowski shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Prusinowski shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Prusinowski is confined shall deliver Mr. Prusinowski to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Prusinowski, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 21st day of March, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3